(No. 4285-)

PHILLIPS PETROLEUM CO., A CORP., Claimant, vs. STATE OF ILLINOIS, Respondent.

*Opinion filed September 19, 1950.*

BLUM AND JACOBSON, Attorneys for Claimant.

IVAN A. ELLIOTT, Attorney General; C. ARTHUR NEBEL, Assistant Attorney General, for Respondent.

SCHUMAN, C. J.

The claimant, Phillips Petroleum Company, a corporation, furnished the Division of Highways, Bureau of Construction of the State of Illinois, certain products on June 22, 1949, amounting to the sum of $27.63; and the Department of Maintenance of the State of Illinois certain products from March 21 through August 31, 1949, all as listed per exhibits attached to their claim, totalling $75.50.

The Departmental Report indicates that of this total $3.50 was paid direct to the individual service station, leaving the amount of $72.00, which is due.

It was stipulated between the parties that the materials in the amount of $72.00 were furnished to the State, but were not paid because of the automatic date of lapse of appropriation.

For the reasons stated in Case No. 4299, The Haloid Co., a Corp., an award is entered in favor of the claimant in the sum of $72.00.